UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Rhome J. Calhoun,

    Plaintiff,

v.

Washington County Community Services Child Support Unit,

    Defendant.

File No. 18-cv-01881 (ECT/HB)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

---

The Court has received the April 23, 2019 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. ECF No. 49. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 49] is **ACCEPTED**;

2. Defendant's Motion to Dismiss [ECF No. 34] is **GRANTED**; and

3. The case is **DISMISSED WITHOUT PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 10, 2019

    s/ Eric C. Tostrud
    Eric C. Tostrud
    United States District Court